AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_Southern_ District of _California_

Plaintiff(s),
V.
_Marcos Valenzuela_
Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: _21CR01056-JLS_

Notice is hereby given that, subject to approval by the court, _Marcos Valenzuela_ substitutes
(Party (s) Name)

_Gregory Garrison_ , State Bar No. _238981_ as counsel of record in
(Name of New Attorney)

place of _Roxana Sandoval_ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
- Firm Name: _Law Office of Gregory Garrison_
- Address: _402 W. Broadway, Suite 400_
- Telephone: _619-615-4216_  Facsimile _619-595-3150_
- E-Mail (Optional): _greg@garrisoncriminaldefense.com_

I consent to the above substitution.
Date: _04-18-2021_
_/s/ Marcos Valenzuela_
(Signature of Party (s))

I consent to being substituted.
Date: _4/21/2021_
_/s/ R.S._
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _04-22-21_
_/s/ Gregory Garrison_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _04/23/2021_
_/s/ Janis L. Sammartino_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]